1  Roger A. Dreyer, Esq. (SBN: 095462)
   rdreyer@dbbwc.com
2  Anthony J. Garilli, Esq. (SBN: 280886)
   agarilli@dbbwc.com
3  DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
   20 Bicentennial Circle
4  Sacramento, CA 95826
   Telephone: (916) 379-3500
5  Facsimile: (916) 379-3599

6  [Additional Counsel on Signature Page]

7  Attorneys for Plaintiffs
   William Baker and Sheri Baker
8

9  Janet L. Hickson (SBN: 198849)
   jhickson@shb.com
10 Mayela C. Montenegro-Urch (SBN: 304471)
   mmontenegro@shb.com
11 SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
12 5  Park Plaza, Suite 1600
   Irvine, California 92614
13 Telephone:  949-475-1500
   Facsimile:   949-475-0016
14
   Attorneys for Defendant
15 Wright Medical Technology, Inc.

16                UNITED STATES DISTRICT COURT

17                EASTERN DISTRICT OF CALIFORNIA

18

19 WILLIAM BAKER and SHERI BAKER,    ) Case No. 2:20-cv-00823-KJM-KJN
                                     )
20         Plaintiffs,                ) Judge: Hon. Kimberly J. Mueller
                                     )
21     v.                            ) **ORDER GRANTING JOINT MOTION
                                     ) TO ENTER STIPULATION TO STAY
22 WRIGHT MEDICAL TECHNOLOGY,        ) PROCEEDINGS PENDING RULING
   INC., a Delaware corporation,     ) ON MOTION TO TRANSFER BY
23                                   ) JUDICIAL PANEL ON
           Defendant.                ) MULTIDISTRICT LITIGATION**
24                                   )
                                     )
25                                   )
                                     )
26                                   ) Complaint Filed:  April 21, 2020
                                     ) First Am. Compl. Filed: May 29, 2020
27                                   )
                                     )
28

Having reviewed the Parties' Joint Motion to Enter Stipulations to Stay Proceedings Pending Ruling on Motion to Transfer by Judicial Panel on Multidistrict Litigation, the Court, for good cause appearing, hereby GRANTS the Joint Motion and STAYS these proceedings pending the outcome of Plaintiffs' counsel's Motion to Transfer all cases involving the Profemur® Modular Hips Implant Stem to the Eastern District of Arkansas that has been filed with the United States Judicial Panel on Multidistrict Litigation, Civil Docket: MDL No. 2949.

**IT IS SO ORDERED.**

DATED: June 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE